UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, ) | CA NO.: 05CV10794GAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YUNTEX ENTERPRISE (HK) LIMITED ) | |
| AND HORACE CHANG, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS ON THE FOREIGN DEFENDANTS**

Pursuant to FED. R. CIV. P. 6(b), the plaintiff, New Balance Athletic Shoe, Inc. ("New Balance"), hereby moves this Court for leave to extend the time within which to complete service of process and file returns of service on the defendants, Yuntex Enterprise (UK) Limited and Horace Chang located in Hong Kong and Taiwan, respectively until December 15, 2005 In support of this motion, New Balance relies on its Memorandum of Law, which is appended hereto and incorporated by reference.

WHEREFORE, New Balance prays that this Court allow this Motion.

RESPECTFULLY SUBMITTED:
New Balance Athletic Shoe, Inc.
By its attorneys,

_____
James P. Ponsetto BBO # 556144
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that on June 3, 2005, I attempted in good faith to confer with the foreign in an attempt to resolve or narrow the issues raised in this motion, but was unsuccessful in communicating with the foreign defendants.

James P. Ponsetto

## CERTIFICATE OF SERVICE

I, James P. Ponsetto, hereby certify that on June 3, 2005 I served a copy of the foregoing by first-class mail, postage prepaid upon:

Mr. Horace Chang
No. 262-2 Lien Tsun Road
Feng Yuan, Taichung
Taiwan   R.O.C. 420

Yuntex Enterprise (HK) Limited
Room 1219, Chevalier Commercial Center
No. 8 Wang Hoi Road
Kowloon Bay, Hong Kong
China
Attn: President

James P. Ponsetto

bos-srv01\514801_.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, ) | CA NO.: 05CV10794GAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YUNTEX ENTERPRISE (HK) LIMITED ) | |
| AND HORACE CHANG, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter, having come before the Court upon Plaintiff's **MOTION FOR LEAVE TO EXTEND TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS ON THE FOREIGN DEFENDANTS,** and after due consideration, it is Ordered that the Motion is ALLOWED. The Plaintiff shall have until December 15, 2005 in which to make service and file the returns of service with the Court.

Signed on this _____ day of June, 2005.

_____
United States District Judge

bos-srv01\165001v02