UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YUNTEX ENTERPRISE (HK) LIMITED )<br>AND HORACE CHANG, )<br>)<br>Defendants. )<br>_____) | CA NO.: 05CV10794GAO |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE
TO EXTEND TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS
ON THE FOREIGN DEFENDANTS**

Pursuant to FED. R. CIV. P. 6(b), the plaintiff, New Balance Athletic Shoe, Inc. ("New Balance"), having moved this Court for good cause for leave to extend the time within which to complete service of process and file returns of service on the defendants, Yuntex Enterprise (UK) Limited ("Yuntex") and Horace Chang ("Chang"), located in Hong Kong and Taiwan, respectively (hereinafter collectively, the "foreign defendants") until December 15, 2005, states in support of this Motion as follows:

1. On or about April 20, 2005, New Balance filed his Application to Confirm Arbitration Award and Enter Judgment Upon the Award.

2. On or about April 26, 2005, counsel for New Balance forwarded to the foreign defendants, through their arbitration counsel, waiver of service forms pursuant to Fed. R. Civ. P. 4 (d).

3. On or about May 23, 2005, counsel for New Balance was advised by foreign defendants' arbitration counsel that she was no longer representing the foreign

1

defendants, so on May 28, 2005 waiver of service forms were sent directly to the foreign defendants via certified mail return receipt requested.

4.  In the event that the foreign defendants do not elect to waive formal service of the summons and Complaint, service upon Yuntex will have to be perfected under the Hague Convention on the Service of Process Abroad in Civil and Commercial Matters ("Hague Service Convention"). Counsel has been advised that service under the Hague Service Convention in Hong Kong can take up to six (6) months. Additionally, Taiwan is not a party to the Hague Convention, so service upon Chang there must be accomplished via letters rogatory and can take between six (6) months and one year.

5.  Pursuant to Fed. R. Civ. P. 4(m), the deadline to complete service in this matter is on or about August 20 2005. New Balance will have insufficient time to complete service of process should the service deadline not be extended.[1]

WHEREFORE, the plaintiff, New Balance, respectfully requests that the deadline to complete foreign service upon the foreign defendants be extended until December 15, 2005. A proposed order is attached.

RESPECTFULLY SUBMITTED:
New Balance Athletic Shoe, Inc.
By its attorneys,

James P. Ponsetto BBO# 556144
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

---

[1] The Plaintiff anticipates that a further extension may be necessary, particularly with respect to Chang.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that on June 3, 2005, I attempted in good faith to confer with the foreign defendants in an attempt to resolve or narrow the issues raised in this motion, but was unsuccessful in communicating with the foreign defendants.

_____
James P. Ponsetto

## CERTIFICATE OF SERVICE

I, James P. Ponsetto, hereby certify that on June 3, 2005 I served a copy of the foregoing by first-class mail, postage prepaid upon:

Mr. Horace Chang
No. 262-2 Lien Tsun Road
Feng Yuan, Taichung
Taiwan  R.O.C. 420

Yuntex Enterprise (HK) Limited
Room 1219, Chevalier Commercial Center
No. 8 Wang Hoi Road
Kowloon Bay, Hong Kong
China
Attn: President

_____
James P. Ponsetto

bos-srv01\164993v01

3