UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 19 P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, )<br><br>Plaintiff, )<br><br>v. )<br><br>YUNTEX ENTERPRISE (HK) LIMITED )<br>AND HORACE CHANG, )<br><br>Defendants. ) | CA NO.: 05CV10794GAO |

## PLAINTIFF'S MOTION FOR ORDER EXTENDING TIME WITHIN WHICH TO COMPLETE SERVICE OF APPLICATION TO CONFIRM ARBITRATION AWARD AND SUMMONS ON THE FOREIGN DEFENDANTS

Pursuant to FED. R. CIV. P. 6(b), the plaintiff, New Balance Athletic Shoe, Inc. ("New Balance"), hereby moves this Court to extend the time within which New Balance may complete service of process and file returns of service on the defendants, Yuntex Enterprise (UK) Limited ("Yuntex") and Horace Chang ("Chang") (collectively, the "Foreign Defendants"), until May 15, 2006.

In support hereof, New Balance states that it obtained a multi-million dollar arbitration award less than a year ago stemming from an intellectual property infringement claim. The Foreign Defendants defended the action and were represented at all times by counsel. At the time of the arbitration award, the Foreign Defendants were located in Hong Kong and Taiwan, respectively. The Foreign Defendants have failed to satisfy the award. Since New Balance filed its Application to Confirm the award, Yuntex has vacated its place of business it maintained at the time of the arbitration, and Chang has apparently left his long-term residence in Taiwan. Despite diligent efforts, and several service attempts, New Balance has not yet been successful in serving the Foreign

Defendants and require additional time to do that. In further support of this motion, New Balance relies on its Memorandum of Law, and Declaration of Counsel, which are each appended hereto and incorporated by reference.

WHEREFORE, New Balance prays that this Court allow this Motion. A proposed Order is appended as Exhibit A hereto.

**RESPECTFULLY SUBMITTED:**
New Balance Athletic Shoe, Inc.
By its attorneys,

James P. Ponsetto BBO # 556144
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

bos-fs1\SWG401_.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEW BALANCE ATHLETIC SHOE, INC, )
                                    )

Plaintiff,                 )

                                     )

v.                              )    CA NO.: 05CV10794GAO

                                     )

YUNTEX ENTERPRISE (HK) LIMITED  )
AND HORACE CHANG,             )

                                     )

Defendants.            )

                                     )

## **ORDER**

This matter, having come before the Court upon Plaintiff's **MOTION FOR ORDER EXTENDING TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS ON THE FOREIGN DEFENDANTS,** and after due consideration,

IT IS ORDERED that the Motion is ALLOWED. The Plaintiff shall have until May 15, 2006 in which to make service and file the returns of service with the Court.

Signed on this _____ day of _____, 2005.

 

                                         _____

                                         United States District Judge

bos-fs1\174665v01