UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

NEW BALANCE ATHLETIC SHOE, INC, )
                                 )

Plaintiff,                  )
                                 )

v.                                 )     CA NO.: 05CV10794GAO
                                 )

YUNTEX ENTERPRISE (HK) LIMITED  )
AND HORACE CHANG,         )
                                 )

Defendants.               )
_____)

**PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM
RELATING TO FURTHER ATTEMPTED SERVICE UPON FOREIGN
DEFENDANTS IN SUPPORT OF PENDING MOTION FOR ORDER
EXTENDING TIME WITHIN WHICH TO COMPLETE SERVICE OF
APPLICATION TO CONFIRM ARBITRATION AWARD AND SUMMONS ON
THE FOREIGN DEFENDANTS**

Now comes the Plaintiff, New Balance Athletic Shoe, Inc. ("New Balance"), and

hereby moves this Court for leave to file the attached Supplemental Memorandum in

support of its pending Motion to Extend the Time within which to Complete Service of

the Application to Confirm Arbitration Award and Summons on the foreign defendants,

Yuntex Enterprise (UK) Limited ("Yuntex") and Horace Chang ("Chang") (the "Original

Motion") .

In support hereof, New Balance states that it obtained a multi-million dollar

arbitration award less than a year ago stemming from an intellectual property

infringement claim.  Chang and Yuntex (the "Foreign Defendants") defended the action

and were represented at all times by counsel.  At the time of the arbitration award, the

Foreign Defendants were located in Hong Kong and Taiwan, respectively.  The Foreign

Defendants have failed to satisfy the award.  Since New Balance filed its Application to

Confirm the award, Yuntex has vacated its place of business it maintained at the time of the arbitration, and Chang has apparently left his long-term residence in Taiwan.  As outlined in the Original Motion and related Memorandum of Law and Declaration of Counsel (filed October 15, 2005), despite diligent efforts, and several failed service attempts, New Balance has not yet been successful in serving the Foreign Defendants and requires additional time to do that.  Since October 15, 2005, the Plaintiff made another unsuccessful service attempt, this time upon Chang in Hong Kong.  As reflected by the Affirmation of Non-Service dated November 23, 2005 (and received by Plaintiff's Counsel by mail on or about December 20, 2005), a diligent attempt at service upon Chang on November 23, 2005 was unsuccessful.  In further support of this motion, New Balance relies on its Memorandum of Law, and Declaration of Counsel, which are each appended hereto and incorporated by reference.

WHEREFORE, New Balance prays that this Court allow this Motion and allows the Motion seeking an extension of time to serve the Foreign Defendants.

**RESPECTFULLY SUBMITTED:**
New Balance Athletic Shoe, Inc.
By its attorneys,


  /s/   James P. Ponsetto
James P. Ponsetto BBO# 556144
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that on January 4, 2006, I attempted in good faith to confer with the foreign defendants in an attempt to resolve or narrow the issues raised in this motion, but was unsuccessful in communicating with the foreign defendants.

_/s/  James P. Ponsetto_____
James P. Ponsetto

## CERTIFICATE OF SERVICE

I, James P. Ponsetto, hereby certify that on January 4, 2006, I served a copy of the foregoing (a) Plaintiff's Motion to File Supplemental Memorandum Relating to Further Attempted Service Upon Foreign Defendants in Support of Pending Motion for Order Extending Time Within Which to Complete Service of Application to Confirm Arbitration Award and Summons on the Foreign Defendants, (b) Plaintiff's Memorandum of Law in Support of its Motion to File Supplemental Memorandum Relating to Further Attempted Service Upon Foreign Defendants in Support of Pending Motion for Order Extending Time Within Which to Complete Service of Application to Confirm Arbitration Award and Summons on the Foreign Defendants, and (c) Declaration of Counsel by first-class mail, postage prepaid upon:

Mr. Horace Chang
No. 262-2 Lien Tsun Road
Feng Yuan, Taichung
Taiwan  R.O.C. 420

Mr. Horace Chang
c/o Yuntex Enterprise (HK) Limited
8/F Richmond Commercial Building
109 Argyle Street
Kowloon, Hong Kong

Mr. Horace Chang
c/o Ulex Trading Company (Hong Kong) Ltd.,
Flat/Room 2, 16/F
Apec Plaza
49 Hoi Yuen Road

Kwun Tong
Kowloon, Hong Kong


Yuntex Enterprise (HK) Limited
Room 1219, Chevalier Commercial Center
No. 8 Wang Hoi Road
Kowloon Bay, Hong Kong
Attn: President

Yuntex Enterprise (HK) Limited
8/F Richmond Commercial Building
109 Argyle Street
Kowloon, Hong Kong


                                  __/s/   James P. Ponsetto_____
                                  James P. Ponsetto