UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YUNTEX ENTERPRISE (HK) LIMITED )<br>AND HORACE CHANG, )<br>)<br>Defendants. )<br>_____ ) | CA NO.: 05CV10794GAO |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTERS ROGATORY)**

The undersigned applicant has the honor to submit this request on behalf of the Plaintiff, New Balance Athletic Shoe, Inc. ("New Balance") in the above-entitled action. The United States District Court for the District of Massachusetts presents its compliments to the judicial and other authorities of Taiwan and requests international judicial assistance to perfect service of a civil complaint and summons in a civil proceeding before this Court in the above-captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is for the appropriate authority in Taiwan, judicial or otherwise, to effectuate service of the Complaint and summons upon one of the two defendants herein, **Horace Chang,** at his last and usual residence referenced in Section 6 below.

1. **Sender:**

United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02110.

2.  **Person to Whom the Executed Request is to be Returned, and Deadline for Return:**

    The executed request should be returned to the Sender as expeditiously as possible.

3.  **Requesting Judicial Authority of the Requesting State, The United States of America:**

    The requesting judicial authority is the United States District Court for the District of Massachusetts, by the Honorable George A. O'Toole of that Court.

4.  **Names and addresses of the parties and their legal representatives, if known:**

    (a) Plaintiff, New Balance, is a Massachusetts corporation whose principal place of business is located at Brighton Landing, 20 Guest Street, Boston, Massachusetts 02135 (United States). New Balance is represented by James P. Ponsetto, Esq., and Scott Gelin Esq., Greenberg Traurig LLP, One International Place, Boston, MA 02110.

    (b) Yuntex Enterprise (HK) Limited ("Yuntex") is a footwear distributor with its principal place of business located at Room 1219, Chevalier Commercial Centre, No. 8 Wang Hoi Road, Kowloon Bay, Kowloon, Hong Kong, China.

    (c) Horace Chang ("Chang" and, together with Yuntex, collectively the "Foreign Defendants") is an individual with a last and usual place of abode located at No 262-2 Lien Tsun Road, Feng Yuan, Taichung, Taiwan.

5.  **Nature and purpose of the proceedings and summary of the facts :**

    This is an action brought by New Balance to enforce an arbitration award obtained in its favor against the Foreign Defendants. A copy of the civil complaint, titled

"Application to Confirm Arbitration Award and Enter Judgment upon the Award" is appended hereto as Exhibit "1" (the "Complaint"). The arbitration claim arose as a result of New Balance's assertion that the Foreign Defendants breached various trademark licensing and distribution agreements between New Balance and the Foreign Defendants and engaged in counterfeiting and infringement, and caused dilution of New Balance's trademarks after New Balance terminated those agreements.

In proceedings before the American Arbitration Association at which the arbitrators heard evidence, and based on all the evidence, the arbitrator made a "Final Award of Arbitration" in writing. The Award is dated December 22, 2004, and a copy of this award, together with the Second Partial Award (which is incorporated in, and made a part of, the Final Award of Arbitration) and First Partial Award are appended hereto as Exhibit "D" to the Complaint.

6.  **Judicial action to be taken.**

To assist this Court in resolving this dispute in a prompt, fair and efficient manner, this Court respectfully requests that the appropriate responding authority issue an order allowing service to be perfected upon Horace Chang as follows:

| Defendant | Address |
| --- | --- |
| Horace Chang | 262-2 Lien Tsun Road<br>Feng Yuan<br>Taichung<br>Taiwan<br>ROC 420 |

7.  **Methods and procedures to be followed:**

A copy of the Complaint and Summons should be served upon Mr. Chang consistent with Taiwan law, practice and procedure, and the original Summons, reflecting

3

the date and exact method of service, should be promptly returned to the sender, identified in Section 1, with a copy to New Balance's representative:

James P. Ponsetto, Esq.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110

1. **Reciprocity**

    When required, this Court shall provide similar assistance as requested herein, to the appropriate judicial authorities of Taiwan.

2. **Responsibility for Reimbursable Fees and Costs**

    The fees and costs incurred which are reimbursable will be borne by Plaintiff, New Balance, in the first instance. Statements for the amounts due should be sent to Plaintiff, New Balance, in care of Greenberg Traurig, LLP at the address listed in paragraph 1 above.

    WITNESS, the Honorable George A. O'Toole, Judge of the United States District Court for the District of Massachusetts, 27th day of January, 2006.

    _____
    George A. O'Toole, Jr.

[seal of court]