EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YUNTEX ENTERPRISE (HK) LIMITED ) <br> AND HORACE CHANG, ) <br> ) <br> Defendants. ) <br> _____ ) | CA NO.: 05CV10794GAO |

## ORDER

This matter having come before the Court upon Plaintiff's Motion to Approve Service Upon Foreign Defendant Horace Chang Pursuant to Rule 4(f)(3), and the Court having considered this matter, and for good cause shown,

IT IS on this 7 day of April, 2006

ORDERED that Plaintiff's motion is allowed and Plaintiff is given leave to serve the Defendant Horace Chang by alternative means that is found to be consistent with due process. Specifically, Plaintiff may serve Horace Chang by:

    a.    mailing the Summons, Complaint and a copy of this Order to Chang's last know residence at 19 Hui-Lai Road, Sec. 1, Nan-Tun District, Tai Chung City, Taiwan ; and

    b.    faxing the Summons, Complaint and a copy of this Order to Chang's attention to the offices of Chenfeng Manufacturing Company Ltd., No 21-12, Lung Hsin Lane, Feng Hsin Road, Sec. 2, Tantzu Hsiang, Taichung County, Taiwan (FAX: 886-4-2536-1172); and

    c.    mailing the Summons, Complaint and a copy of this Order to Chang's attention to the offices of Chenfeng Manufacturing Company Ltd. at the same address; and it is further

ORDERED that upon completion of service in the method described, Plaintiff's counsel shall prepare an affidavit attesting to compliance with the Order and shall file that affidavit with the Court in lieu of the filing of a Summons and return.

_____
Honorable George A. O'Toole, Jr.