EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YUNTEX ENTERPRISE (HK) LIMITED ) <br> AND HORACE CHANG, ) <br> ) <br> Defendants. ) <br> _____) | CA NO.: 05CV10794GAO |

### ORDER

This matter, having come before the Court upon Plaintiff's **MOTION FOR ORDER EXTENDING TIME WITHIN WHICH TO COMPLETE SERVICE OF APPLICATION TO CONFIRM ARBITRATION AWARD AND SUMMONS ON EACH OF THE FOREIGN DEFENDANTS,** and after due consideration,

IT IS ORDERED that the Motion is ALLOWED [nunc pro tunc]. The Plaintiff shall have until August 1, 2006 in which to make service on the foreign defendants and file the returns of service with the Court.

Signed on this 7th day of April, 2006.

_____
United States District Judge



Case 1:05-cv-10794-GAO    Document 18-2    Filed 04/07/2006    Page 2 of 2