UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
NEW BALANCE ATHLETIC SHOE, INC, )
                                )
Plaintiff,                      )
                                )
v.                              )         CA NO.: 05CV10794GAO
                                )
YUNTEX ENTERPRISE (HK) LIMITED  )
AND HORACE CHANG,               )
                                )
Defendants.                     )
_____)

**DECLARATION OF JAMES P. PONSETTO REGARDING SERVICE UPON FOREIGN DEFENDANT HORACE CHANG FILED IN LIEU OF SUMMONS AND RETURN OF SERVICE**

I, James P. Ponsetto, declare and say as follows:

1. I am an attorney affiliated with Greenberg Traurig, LLP.

2. I am one of the attorneys representing the Plaintiff, New Balance Athletic Shoe, Inc. ("New Balance").

3. Pursuant to the Court's April 7, 2006 Order (the "Order"), I submit this declaration in lieu of filing an original Summons and return of service.

4. Pursuant to the Order, New Balance was granted leave to serve the Defendant, Horace Chang ("Chang"), under Fed. R. Civ. P. 4(f)(3).

5. New Balance perfected service upon Chang under the express terms of the Order.

6. On April 11, 2006, I caused a copy of the Complaint, Summons and the Order to be served upon Mr. Chang as follows:

  a.  By mail to his residence at 19 Hui-Lai Road, Sec. 1, Nan-Tun District, Tai Chung City, Taiwan;

  b.  By facsimile to Mr. Chang c/o Chenfeng Machinery & Enterprise Co., Ltd., No 21-12, Lung Hsin Lane, Feng Hsin Road, Sec. 2, Tantzu, Taichung County; and

  c.  By mail to Mr. Chang c/o Chenfeng Machinery & Enterprise Co., Ltd., No 21-12, Lung Hsin Lane, Feng Hsin Road, Sec. 2, Tantzu, Taichung County.

7. In addition, although not expressly required by the Order, I caused a copy of the Complaint, Summons and the Order to be hand delivered to Mr. Chang at his residence at 19 Hui-Lai Road, Sec. 1, Nan-Tun District, Tai Chung City, Taiwan on April 11, 2006. Chung-Chen Shen, a process server retained by Baker & McKenzie, New Balance's local Counsel in Tapei, Taiwan, delivered the documents to Mr. Chang's residence.

Signed under the pains and penalties of perjury this 12th day of April, 2006.

*Counsel for*
*New Balance Athletic Shoe, Inc,*


 /s/ James P. Ponsetto
James P. Ponsetto, BBO # 556144
GREENBERG TRAURIG, LLP
One International Place, Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

DATED: April 12, 2006

## CERTIFICATE OF SERVICE

      I, James P. Ponsetto, hereby certify that on April 12, 2006 I served a copy of the Declaration of James P. Ponsetto Regarding Service Upon Foreign Defendant Horace Chang Filed in Lieu of Summons and Return of Service, by first-class mail, postage prepaid upon:

Mr. Horace Chang
19 Hui-Lai Road
Sec. 1
Nan-Tun District
Tai Chung City
Taiwan

Yuntex Enterprise (HK) Limited
Room 1602, Apec Plaza,
No 49 Hoi Yuen Road,
Kwun Tong Kowloon
Hong Kong

      /s/ James P. Ponsetto
      James P. Ponsetto

bos-fs1\187856v01