AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| For the | District of | Massachusetts |
| --- | --- | --- |

New Balance Athletic Shoe, Inc.

V.

Yuntex Enterprise (HK) Limited, and
Horace Chang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 CA 10.794 GAO

TO: (Name and address of Defendant) Yuntex Enterprise (HK) Limited
Room 1602, Apec Plaza
No 49 Hoi Yuen Road
Kwun Tong Kowloon
Hong Kong

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Ponsetto, Esq.
Greenberg Traurig, LLP
One International Place, 20th Fl.
Boston, MA 02110
(617) 310-6073

an answer to the complaint which is herewith served upon you, within ____ninety (90)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JAN 1 8 2006

CLERK

DATE

(By) DEPUTY CLERK

CSO/ADM/SJ/98/2005A

Request for service of Judicial Documents from :  USA

Party for service  :  YUNTEX ENTERPRISE (HONG KONG) LIMITED

==============================================

## AFFIRMATION OF SERVICE

       I, LEE Wai-chun, Bailiff's Assistant of the High Court of Hong Kong Special Administrative Region, do solemnly, sincerely and truly affirm as follows:

1.        I was directed by the Registrar, High Court of Hong Kong to serve the above-named YUNTEX ENTERPRISE (HONG KONG) LIMITED with the following judicial documents:

1) Request;
2) Summary of the document to be served;
3) Certificate (unexecuted);
4) Application to Confirm Arbitration Award and Enter Judgment Upon the Award and
5) Summons.

2.        I did on Friday, the 17th day of March, 2006 at 1240 hours call at Room 1602, Apec Plaza, No 49 Hoi Yen (Yuen) Road, Kwun Tong, Kowloon, Hong Kong for the purpose of serving the judicial documents.  Upon arrival, I was informed by a female staff member of ULEX TRADING (HONG KONG) LTD. that the above-named YUNTEX ENTERPRISE (HONG KONG) LIMITED was unknown to her. A message for further contact was left.

3.        On Wednesday, the 22nd March, 2006, Ms. Chan Mo-kei, the secretary of the party for service,  phoned to Bailiff Kowloon Summons Office and requested to accept service at Room 1602, Apec Plaza, No 49 Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong.

4.        I did again on Thursday, the 23rd day of March, 2006 at 1040 hours call at Room 1602, Apec Plaza, No 49 Hoi Yen (Yuen) Road, Kwun Tong, Kowloon, Hong Kong for the purpose of serving the judicial documents.  On arrival, the secretary of YUNTEX ENTERPRISE (HONG KONG) LIMITED, Ms. Chan Mo Kei, received me.  As a result, the aforesaid judicial documents were served to the YUNTEX ENTERPRISE (HONG KONG) LIMITED by delivering to the secretary, Ms. Chan Mo Kei, who voluntarily accepted service at Room 1602, Apec Plaza, No 49 Hoi Yen (Yuen) Road, Kwun Tong, Kowloon, Hong Kong.

       AND LASTLY, I do solemnly, sincerely and truly affirm that the contents of this affirmation are true.

| | |
|---|---|
| AFFIRMED at the Bailiff  Kowloon | ) |
| Summons Office, 2/F., Kwun Tong Law Courts, | ) |
| Kowloon, Hong Kong. | )    LEE Wai-chun |
| this  31st day of  March, 2006 | ) |

      Before me,

James, W.L. Wong

Acting Senior Bailiff

  Commissioner for Oaths

     Judiciary

Ref :    CSO/ADM/SJ/98/2005A

Request for Service of Judicial Documents From:

USA

Judicial Documents to be served on:

YUNTEX ENTERPRISE (HONG KONG) LIMITED

=====================================

AFFIRMATION OF LEE Wai-chun
=====================================

Filed this the 31st day of March, 2006

Bailiff Office
High Court

Hong Kong Special Administrative Region