UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YUNTEX ENTERPRISE (HK) LIMITED )<br>AND HORACE CHANG, )<br>)<br>Defendants. )<br>_____) | CA NO.: 05CV10794GAO |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a) AGAINST DEFENDANTS YUNTEX ENTERPRISE (HK) LIMITED AND HORACE CHANG**

Now comes the plaintiff, New Balance Athletic Shoe, Inc. ("New Balance'), and hereby moves for an entry of default pursuant to Fed. R. Civ. P. 55(a) as to the defendants Yuntex Enterprise (HK) Limited ("Yuntex") and Horace Chang ("Mr. Chang"). In support hereof, New Balance, as is more fully set forth in the attached affidavit of counsel James P. Ponsetto in support of plaintiff's request for entry of default (the "Ponsetto Aff."), states as follows:

1.  On April 21, 2005, New Balance timely filed its Application to Confirm Arbitration Award and Enter Judgment Upon the Award (the "Complaint"). See Ponsetto Aff., ¶ 2.

2.  On April 7, 2006, New Balance was granted leave to serve the Defendant, Mr. Chang, under Fed. R. Civ. P. 4(f)(3) (the "Order"). Id., ¶ 3.

3.  On April 11, 2006, New Balance, by its counsel, in compliance with the Order, caused a copy of the Complaint, Summons and the Order to be served upon Mr. Chang. Id., ¶ 4.

4.  On March 23, 2006, New Balance, by its counsel, caused a copy of the Complaint and Summons to be timely served upon the Defendant, Yuntex. Id., ¶ 5.

5.  Returns of service or other evidence of service upon Yuntex and Mr. Chang were timely filed with the Court on April 26, 2006 and April 12, 2006, respectively. Id., ¶¶ 4-5, and docket entries related thereto.

6.  As of this date, neither Yuntex nor Mr. Chang have filed an answer or other responsive pleading to the Complaint. Id., ¶ 6.

7.  The time to answer or file another responsive pleading under Fed. R. Civ. P. 12(a)(1)(B) (90 days) has passed. Id., ¶ 6.

WHEREFORE, for the foregoing reasons, the plaintiff New Balance hereby prays, pursuant to Fed. R. Civ. P. 55(a), for an entry of default as to the defendants Yuntex Enterprise (HK) Limited and Horace Chang.

**RESPECTFULLY SUBMITTED:**
New Balance Athletic Shoe, Inc.,
By its attorneys,

 /s/ James P. Ponestto
James P. Ponsetto BBO# 556144
GREENBERG TRAURIG, LLP
One International Place
Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

**CERTIFICATE OF SERVICE**

I, James P. Ponsetto, hereby certify that on July 13th, 2006 I served a copy of (a) Plaintiff's Motion for Entry of Default and (b) the related Affidavit of James P. Ponsetto by first-class mail, postage prepaid upon:

Mr. Horace Chang
19 Hui-Lai Road
Sec. 1
Nan-Tun District
Tai Chung City
Taiwan

Yuntex Enterprise (HK) Limited
Room 1602, Apec Plaza,
No 49 Hoi Yuen Road,
Kwun Tong Kowloon
Hong Kong

 /s/ James P. Ponsetto
James P. Ponsetto