UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YUNTEX ENTERPRISE (HK) LIMITED )<br>AND HORACE CHANG, )<br>)<br>Defendants. )<br>_____) | CA NO.: 05CV10794GAO |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S
<u>REQUEST FOR ENTRY OF DEFAULT</u>**

James P. Ponsetto deposes and states under oath as follows:

1.  I am an attorney at Greenberg Traurig, LLP, One International Place, Boston, MA, which is counsel of record for the Plaintiff, New Balance Athletic Shoe, Inc. ("New Balance"), in connection with the above-referenced matter. The statements of fact contained herein are made upon my own personal knowledge.

2.  On April 21, 2005, and on behalf of New Balance, I timely filed an Application to Confirm Arbitration Award and Enter Judgment Upon the Award (the "Complaint") against Defendants, Yuntex Enterprise (HK) Limited ("Yuntex") and Horace Chang ("Mr. Chang").

3.  On April 7, 2006, New Balance was granted leave to serve the Defendant, Mr. Chang, under Fed. R. Civ. P. 4(f)(3) (the "Order").

4.  On April 11, 2006, New Balance, by its counsel, in compliance with the Order, caused a copy of the Complaint, Summons and the Order to be served upon Mr. Chang. A copy of the Docket Sheet in this matter, reflecting that the Proof of Service

was docketed on April 12, 2006, is attached hereto as **Exhibit "A"**.

5.     On March 23, 2006, New Balance, by its counsel, caused a copy of the Complaint and Summons to be timely served upon the Defendant, Yuntex. A copy of the Docket Sheet in this matter, reflecting that the Proof of Service was docketed on April 26, 2006, is attached hereto as **Exhibit "A"**.

6.     As of the date hereof, neither Yuntex nor Mr. Chang have filed an answer or other responsive pleading to the Complaint.  The time for filing answers or other responsive pleadings pursuant to Fed. R. Civ. P. 12(a)(1)(B) (90 days) has passed.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF JULY, 2006.**

                                          /s/ James P. Ponestto_____
                                          James P. Ponsetto

EXHIBIT A

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10794-GAO

New Balance Athletic Shoe, Inc. v. Yuntex Enterprise (HK) Limited et al
Assigned to: Judge George A. O'Toole, Jr
Cause: 9:9 Motion to Confirm Arbitration Loan

Date Filed: 04/21/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**New Balance Athletic Shoe, Inc.**     represented by **James P. Ponsetto**
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6073
Fax: 617-310-6001
Email: ponsettoj@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yuntex Enterprise (HK) Limited**

**Defendant**

**Horace Chang**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2005 | 1 | APPLICATION TO CONFIRM ARBITRATION AWARD and ENTER JUDGMENT UPON THE AWARD against Yuntex Enterprise (HK) Limited, Horace Chang Filing fee: $ 250, receipt number 63682, filed by New Balance Athletic Shoe, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 civil cover and category sheet)(Edge, Eugenia) (Entered: 04/22/2005) |
| 04/21/2005 |   | Summons Issued as to Yuntex Enterprise (HK) Limited, Horace Chang. (Edge, Eugenia) (Entered: 04/22/2005) |
| 04/21/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Edge, Eugenia) (Entered: 04/22/2005) |
| 06/06/2005 | 2 | MOTION for Extension of Time to December 15, 2005 to serve foreign defendants by New Balance Athletic Shoe, Inc. c/s. (Attachments: # 1 Text of Proposed Order)(Edge, Eugenia) (Entered: 06/09/2005) |

| 06/06/2005 | 3 | MEMORANDUM in Support re 2 MOTION for Extension of Time to December 15, 2005 to Serve foreign defendants filed by New Balance Athletic Shoe, Inc. c/s. (Edge, Eugenia) (Entered: 06/09/2005) |
| --- | --- | --- |
| 06/17/2005 | 4 | MOTION for Issuance of Request for International Judicial Assistance (Letters Rogatory) by New Balance Athletic Shoe, Inc. Certfication Pursuant to Local Rule 7.1 attached. c/s. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Edge, Eugenia) (Entered: 06/20/2005) |
| 06/17/2005 | 5 | Proposed Document(s) submitted by New Balance Athletic Shoe, Inc.. Document received: Request for International Judicial Assistance (Letters Rogatory). (Attachments: # 1 Exhibit A# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Edge, Eugenia) (Entered: 06/21/2005) |
| 07/28/2005 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 2 Motion for Extension of Time, granting 4 Motion for Issuance of Letters Rogatory (Lyness, Paul) (Entered: 07/28/2005) |
| 07/28/2005 | 6 | Judge George A. O'Toole Jr.: ORDER entered. re 5 Proposed Document (s) submitted, Proposed Document(s) submitted filed by New Balance Athletic Shoe, Inc., (Lyness, Paul) (Entered: 07/28/2005) |
| 10/19/2005 | 7 | MOTION for Order to extension time within which to complete service of application to confirm arbitration award and summons on the foreign defendants by New Balance Athletic Shoe, Inc.. (Attachments: # 1 Proposed Order)(Edge, Eugenia) (Entered: 10/25/2005) |
| 10/19/2005 | 8 | MEMORANDUM in Support re 7 MOTION for Order to extension time within which to complete service of application to confirm arbitration award and summons on the foreign defendants filed by New Balance Athletic Shoe, Inc.. c/s (Edge, Eugenia) Modified on 10/25/2005 to correct filing date(Edge, Eugenia). (Entered: 10/25/2005) |
| 10/19/2005 | 9 | DECLARATION of Counsel re 7 MOTION for Order to extension time within which to complete service of application to confirm arbitration award and summons on the foreign defendants by New Balance Athletic Shoe, Inc..c/s (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Edge, Eugenia) (Entered: 10/25/2005) |
| 12/16/2005 |  | Summons Reissued as to Yuntex Enterprise (HK) Limited, Horace Chang. (Edge, Eugenia) (Entered: 12/16/2005) |
| 01/04/2006 | 10 | MOTION *to File Supplemental Memorandum Relating to Further Attempted Service upon Foreign Defendants* by New Balance Athletic Shoe, Inc..(Ponsetto, James) (Entered: 01/04/2006) |
| 01/04/2006 | 11 | MEMORANDUM in Support re 10 MOTION *to File Supplemental Memorandum Relating to Further Attempted Service upon Foreign Defendants* filed by New Balance Athletic Shoe, Inc.. (Attachments: # 1 Affidavit Exhibit 1 Declaration of Counsel# 2 Exhibit Exhibit A - Affirmation of Non-Service)(Ponsetto, James) (Entered: 01/04/2006) |
| 01/13/2006 |  | Summons Reissued as to Yuntex Enterprise (HK) Limited, Horace Chang. Requested by Atty. Ponsetto. (Edge, Eugenia) (Entered: |

| | | |
|---|---|---|
| | | 01/13/2006) |
| 01/18/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 10 Motion to File Supplemental Memorandum Relating to Further Attempted Service upon Foreign Defendants. cc/cl (Edge, Eugenia) (Entered: 01/18/2006) |
| 01/26/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting Nunc Pro Tunc 7 Motion for Order (Lyness, Paul) (Entered: 01/26/2006) |
| 01/27/2006 | 12 | LETTERS ROGATORY issued. (Edge, Eugenia) (Entered: 02/02/2006) |
| 03/17/2006 | 13 | MOTION Leave to Serve Defendant Chang by Alternative Methods Under Rule 4(f)(3) by New Balance Athletic Shoe, Inc.. (Attachments: # 1 Exhibit A/ Proposed Order# 2 Exhibit B/Declaration of Counsel# 3 Exhibit C/Shen Declaration# 4 Exhibit B Exhibits (A and B))(Ponsetto, James) (Entered: 03/17/2006) |
| 03/17/2006 | 14 | MEMORANDUM in Support re 13 MOTION Leave to Serve Defendant Chang by Alternative Methods Under Rule 4(f)(3) filed by New Balance Athletic Shoe, Inc.. (Ponsetto, James) (Entered: 03/17/2006) |
| 04/05/2006 | 15 | MOTION for Extension of Time to August 1, 2006 to Serve the Complaint and Summons Upon the Foreign Defendants by New Balance Athletic Shoe, Inc.. (Attachments: # 1 Affidavit Declaration of Counsel in Support of Motion to Extend Service Date# 2 Affidavit Declaration of Shen in Support of Motion to Extend Service Date# 3 Text of Proposed Order Proposed Order Extending Service Date)(Ponsetto, James) (Entered: 04/05/2006) |
| 04/05/2006 | 16 | MEMORANDUM in Support re 15 MOTION for Extension of Time to August 1, 2006 to Serve the Complaint and Summons Upon the Foreign Defendants filed by New Balance Athletic Shoe, Inc.. (Ponsetto, James) (Entered: 04/05/2006) |
| 04/07/2006 | 17 | Judge George A. O'Toole Jr.: ORDER entered granting 13 Motion (Lyness, Paul) (Entered: 04/10/2006) |
| 04/07/2006 | 18 | Judge George A. O'Toole Jr.: ORDER entered granting 15 Motion for Extension of Time (Lyness, Paul) Additional attachment(s) added on 4/11/2006 (Edge, Eugenia). (Entered: 04/10/2006) |
| 04/12/2006 | 19 | AFFIDAVIT OF SERVICE Executed by New Balance Athletic Shoe, Inc.. Horace Chang served on 4/11/2006, answer due 7/10/2006. Acknowledgement filed by New Balance Athletic Shoe, Inc.. (Ponsetto, James) Modified on 4/13/2006 to correct text (Edge, Eugenia). (Entered: 04/12/2006) |
| 04/13/2006 | | Set/Reset Answer Deadlines for Horace Chang. **Per Atty. Ponsetto because defendant Chang is out of the country, he has 90 days to answer/respond.** (Edge, Eugenia) (Entered: 04/13/2006) |
| 04/26/2006 | 20 | SUMMONS Returned Executed Yuntex Enterprise (HK) Limited served on 3/23/2006, answer due 4/12/2006. (Ponsetto, James) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 04/26/2006) |
| 04/26/2006 |  | Reset Answer Deadlines: Yuntex Enterprise (HK) Limited 6/22/2006. **Per Atty. Ponsetto because defendant Chang is out of the country, he has 90 days to answer/respond** (Edge, Eugenia) (Entered: 04/26/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2006 16:36:15 | | | |
| PACER Login: | gt0573 | Client Code: | 44903.012000 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-10794-GAO |
| Billable Pages: | 3 | Cost: | 0.24 |