# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NEW BALANCE ATHLETIC SHOE, INC**<br>Plaintiff<br><br>V.<br><br>**YUNTEX ENTERPRISE(HK) LIMITED AND HORACE CHANG**<br>Defendant | CIVIL ACTION<br><br>NO. 05-10794-GAO |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **NEW BALANCE ATHLETIC SHOE, INC** for an order of Default for failure of the Defendant, **YUNTEX ENTERPRISE(HK) LIMITED AND HORACE CHANG**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **14** day of **JULY, 2006**.

SARAH A. THORNTON
CLERK OF COURT

By:   **PAUL S. LYNESS**
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 3/7/2005)