UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
NEW BALANCE ATHLETIC SHOE, INC, )   CA NO.: 05CV10794GAO
                                )
Plaintiff,                      )
                                )
v.                              )
                                )
YUNTEX ENTERPRISE (HK) LIMITED  )
AND HORACE CHANG,               )
                                )
Defendants.                     )
_____)

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT PURSUANT TO FED. R. CIV. P. 55**

Pursuant to Fed. R. Civ. P. 55(b)(2) and this Court's Order of June 14, 2006, Plaintiff New Balance Athletic Shoe, Inc. ("New Balance"), hereby moves for the entry of a default judgment against defendants Yuntex Enterprise (HK) Limited and Horace Chang: (a) confirming the Final Award of Arbitrator dated December 22, 2004 (the "Final Award"), and the related Second Partial Award and Procedural Order dated November 22, 2004 (the "Second Award") and First Partial Award and Second Procedural Order dated September 12, 2003 (the "First Award" and, together with the Second Award and the Final Award, collectively, the "Award") and (b) ordering the Defendants to satisfy the Award, including satisfying the monetary payments and other obligations thereunder.

In support of this Motion, New Balance submits contemporaneously herewith a Memorandum of Law (the "Memo"), exhibits thereto including the Award, the Affidavit of James P. Ponsetto, and a form of Judgment, which is attached to the Memo as Exhibit B.

WHEREFORE, New Balance prays that the Court allow this Motion.

**RESPECTFULLY SUBMITTED:**

New Balance Athletic Shoe, Inc.,
By its attorneys,

 /s/ James P. Ponestto
James P. Ponsetto BBO# 556144
GREENBERG TRAURIG, LLP
One International Place
Twentieth Floor
Boston, Massachusetts 02110
(617) 310-6000

**CERTIFICATE OF SERVICE**

I, James P. Ponsetto, hereby certify that on August 11, 2006 I served a copy of (a) Plaintiff's Motion for Default Judgment, (b) the supporting memorandum of law, (c) related Affidavit of James P. Ponsetto and (d) the form of Judgment, by first-class mail, postage prepaid upon the Defendants:

Mr. Horace Chang
19 Hui-Lai Road
Sec. 1
Nan-Tun District
Tai Chung City
Taiwan

Yuntex Enterprise (HK) Limited
Room 1602, Apec Plaza,
No 49 Hoi Yuen Road,
Kwun Tong Kowloon
Hong Kong

 /s/ James P. Ponsetto
James P. Ponsetto