EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC, ) | CA NO.: 05CV10794GAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YUNTEX ENTERPRISE (HK) LIMITED ) | |
| AND HORACE CHANG, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFAULT JUDGMENT

Defendants Yuntex Enterprise (HK) Limited ("Yuntex") and Horace Chang ("Chang"), having failed to plead or otherwise defend in this action and their default having been entered on July 14, 2006,

NOW, upon consideration of Plaintiff's Motion for Entry of Default Judgment, the related exhibits and the Affidavit of Counsel and upon consideration of the Final Award of Arbitrator dated December 22, 2004 (the "Final Award"), the Second Partial Award and Procedural Order dated November 22, 2004 (the "Second Award") and the First Partial Award and Second Procedural Order dated September 12, 2003 (the "First Award" and, together with the Second Award and the Final Award, collectively, the "Award"), and upon consideration of the Application to Confirm Arbitration Award and Enter Judgment Upon the Award; the Court orders Judgment to be entered as follows:

1. The Award is confirmed in all respects.

2. Yuntex and Chang are ordered to cease making any use of and return to the Claimant, New Balance, forthwith, any and all items of the Claimant's property in their possession, including, without limitation, New Balance signs, labels packages,

wrappers, advertisements, footwear molds and technical, sales, marketing and other confidential business materials relating to formulae, specifications, manufacturing processes, standards, and technical information.

    3.     Yuntex and Chang are jointly and severally ordered to pay

        a.     to New Balance, damages in the amount of Six Million Nine Hundred Twenty Four Thousand and Five Hundred ($6,924,500.00) Dollars and interest in the amount of Two Million Nine Hundred Fifty Five Thousand One Hundred Twenty-Four Dollars and Eighty Cents ($2,955,124.80), all in the US currency.

        b.     to New Balance, the sum of Twenty Thousand Seven Hundred Twelve Dollars and Forty Two Cents ($20,712.42) for that portion of compensation and expenses of the arbitrator previously advanced to the International Center for Dispute Resolution ("ICDR")

        c.     to ICDR, the sum of Eleven Thousand Seven Hundred Ninety Seven Dollars and Twenty Seven Cents ($11,797.27) for compensations still due the arbitrator.

        d.     to New Balance, the sum of Eight thousand Eight Hundred Sixty Dollars $8,860.00 for that portion of Yuntex's share of administrative fees and expenses previously advanced by New Balance to ICDR.

        e.     to New Balance, pre-judgment interest from the date of the Award, December 22, 2004, to the date of this judgment, and at a rate of 5.03%, in the amount of $ 880,992.56.

    4.     Post-judgment interest will accrue as provided by law.

Post-judgment interest rate effective this date is 5.07%

DATED: September 19, 2006

By The Court,

/s/George A. O'Toole, Jr
_____

bos-fs1\196539v01